Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al.,<br><br>Defendants. | Case No. 2:19-cv-01537-BJR<br><br>**STIPULATED JOINT MOTION AND ORDER TO VACATE THE UNITED STATES' OBLIGATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST COMPLAINT AND MODIFY OTHER DATES** |

Under Local Rule 7(j), Standing Order Rule II.D, and for good cause shown below, the parties respectfully request that the Court vacate the United States' obligation to file a responsive pleading to Plaintiff's first complaint, along with the deadline for filing the administrative record. The deadline to file a responsive pleading and the administrative record in this case is currently this Friday, December 20, 2019. The parties request this relief because on December 16, 2019, the Court issued a minute order in *Nw. Envtl. Advocates v. Browner*, 91-cv-00427, in which the Court denied NWEA's request to reopen and file an amended complaint in that case. Instead, the Court directed NWEA to proceed with any further action in this case.

Stipulated Joint Motion to Vacate - 1

Case No. 2:19-cv-06071-BJR

Michele L. Walter
United States Department of Justice
999 18th St, Suite 370-South Terrace
Denver, CO 80202
(303) 844-1345

As a result of that order, NWEA intends to file an amended complaint in this case pursuant to FRCP 15(a)(1)(B) within the next 30 days, by January 16, 2020. The parties request that the date for the United States to file its responsive pleading and administrative record be set at a date 30 days from the date NWEA files its amended complaint.

For the reasons explained above, the parties request that the Court's order setting out the deadlines for the following events in this case be modified according to the following schedule:

- FRCP 12 Responsive Pleadings and administrative record: 30 days after NWEA files it amended complaint;

- FRCP 26(f) Conference: 19 days after the deadline for the United States' responsive pleading

- FRCP 26(a)(1) Initial Disclosures: 26 days after the deadline for the United States' responsive pleading

- Combined Joint Status Report, and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 26 days after the deadline for the United States' responsive pleading.

Accordingly, the parties respectfully request that the Court vacate the United States' obligation to file a responsive pleading to NWEA's first complaint, along with the date for filing the administrative record. The parties further request that the deadline for the United States' Rule 12 responsive pleading and administrative record be set at 30 days after the date that NWEA files its amended complaint, and that the deadlines for the FRCP 26(f) Conference, FRCP 26(a)(1) Initial Disclosures, Combined Joint Status Report, and Discovery Plan be modified according to the schedule above.

It is so ordered.

*Barbara J. Rothstein*
U.S. District Judge Barbara J. Rothstein

Michele L. Walter
United States Department of Justice
999 18th St, Suite 370-South Terrace
Denver, CO 80202
(303) 844-1345

Respectfully submitted,

By: */s/ Michele L. Walter*
MICHELE L. WALTER
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
(303) 844-1345
Michele.Walter@usdoj.gov

GUS MAXWELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
150 M St. NE
Room 4.1412
Washington, DC 20001
(202) 514-0135
gustavus.maxwell@usdoj.gov

BRIAN T. MORAN
United States Attorney
Western District of Washington

BRIAN KIPNIS
Assistant United States Attorney
Western District of Washington

*Attorneys for Defendants*

*/s/ Andrew Hawley*
ANDREW HAWLEY
Western Environmental Law Center
1402 3rd Ave., Suite 1022
Seattle, WA 98101
(206) 487-7250
hawley@westernlaw.org

Stipulated Joint Motion to Vacate - 3

Case No. 2:19–cv–06071–BJR

Michele L. Walter
United States Department of Justice
999 18th St, Suite 370-South Terrace
Denver, CO 80202
(303) 844-1345

JAMES N. SAUL
James N. Saul (OSB #1067236)
(*Admitted pro hac vice*)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6929
jsaul@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court on December 17, 2019, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

/s/ Michele L. Walter
MICHELE L. WALTER

Stipulated Joint Motion to Vacate - 4

Case No. 2:19-cv-06071-BJR

Michele L. Walter
United States Department of Justice
999 18th St, Suite 370-South Terrace
Denver, CO 80202
(303) 844-1345