The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> and, <br><br> STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY, <br><br> Applicant Defendant-Intervenor. | NO. 2:19-cv-01537-BJR <br><br> ORDER GRANTING STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY'S MOTION TO INTERVENE AS DEFENDANT |

THIS MATTER came before the Court on Applicant Defendant-Intervenor State of Washington, Department of Ecology's Motion to Intervene as Defendant. The Court, having reviewed the files and records herein, hereby:

/ / /

/ / /

/ / /

ORDERS that Ecology's Motion to Intervene as Defendant is hereby granted. Ecology is directed to file its proposed Answer with the Court within seven days.

DATED this 21st day of August, 2020.

_____
BARBARA J. ROTHSTEIN
United States District Judge