UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>    *Defendants*,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY<br><br>    Defendant-Intervenor | CASE NO. 2:19-cv-01537-BJR<br><br>SCHEDULING ORDER |

    The Court is in receipt of the Parties' Combined Joint Status Report and Stipulated Scheduling Motion. Dkt. No. 40. Pursuant to the Parties' stipulation, the Court hereby ORDERS as follows:

    The Parties shall submit a status report no later than December 1, 2020, apprising the Court of the status of their discussions concerning a possible settlement and indicating whether they request additional time to pursue such discussions. In the event the Parties conclude that such

1

additional discussions are not warranted, the Parties shall submit a supplemental joint status report no later than December 17, 2020 proposing a schedule to address the outstanding matters in the Court's initial scheduling order.

SO ORDERED.

DATED this 25th day of August, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE