The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    Defendants,

and,

STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY,

    Defendant-Intervenor.

Case No. 2:19-cv-01537-BJR

**COMBINED JOINT STATUS REPORT AND STIPULATED SCHEDULING MOTION AND ORDER**

On August 24, 2020, the Parties notified the Court of their collective interest in exploring a settlement for some or all of the claims in this case and requested 90 days to hold settlement discussions. Dkt. No. 40. On August 25, 2020, the Court ordered the Parties to "submit a status report no later than December 1, 2020, apprising the Court of the status of their discussions

JOINT STATUS REPORT AND STIPULATED SCHEDULING MOTION AND ORDER
Case No. 2:19-cv-01537-BJR

1

Western Environmental Law Center
1402 3rd Ave, Suite 1022
Seattle, WA 98101
206-487-7250

Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
503-768-6929

concerning a possible settlement and indicating whether they request additional time to pursue such discussions." Dkt. No. 41. The Parties' negotiations are ongoing. The Parties request an additional 90 days to continue those negotiations.

Over the past three months, the Parties have worked to reach an agreement to resolve this matter through a negotiated settlement. Those negotiations have included three meetings involving all of the Parties, on September 29, 2020, October 7, 2020, and November 13, 2020. Additional meetings between counsel occurred before and after those meetings.

The Parties believe that additional discussions are warranted. As such, the Parties believe that affording them an approximately 90-day period to conduct such additional discussions before establishing dates for or initiating any contested motions practice regarding potential discovery disputes or the resolution of the claims in this case would greatly facilitate those discussions, as well as potentially preserving the resources of the Parties and the Court.

Accordingly, the Parties jointly request that the Court order them to file a status report by March 1, 2021, to advise the Court of the status of their discussions and whether they request additional time to pursue settlement should that be appropriate. Alternatively, if the Parties conclude that additional discussions are not warranted at that time, then the Parties request that the Court direct them to file no later than March 17, 2021, a supplemental joint status report and proposed schedule that addresses the remaining matters in the Court's initial scheduling order. Doc. No. 10.

ORDER

Based on the foregoing joint motion and stipulation, and for good cause shown, the Parties shall file a status report no later than March 1, 2020, apprising the Court of the status of their discussions concerning a possible settlement and indicating whether they request additional time to pursue such discussions. In the event the Parties conclude that such additional discussions are not warranted, the Parties shall file no later than March 17, 2021, a supplemental joint status report and proposed schedule that addresses outstanding matters in the Court's initial scheduling order.

JOINT STATUS REPORT AND
STIPULATED SCHEDULING MOTION
AND ORDER
Case No. 2:19-cv-01537-BJR

2

Western Environmental Law Center
1402 3rd Ave, Suite 1022
Seattle, WA 98101
206-487-7250

Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
503-768-6929

It is so Ordered, this _____ day of _____, 2020.

_____
United States District Judge

JOINT STATUS REPORT AND
STIPULATED SCHEDULING MOTION
AND ORDER
Case No. 2:19-cv-01537-BJR

3

Western Environmental Law Center
1402 3rd Ave, Suite 1022
Seattle, WA 98101
206-487-7250

Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
503-768-6929

Respectfully submitted and stipulated to:

By: */s/ Andrew Hawley*
ANDREW HAWLEY (WSBA # 53052)
Western Environmental Law Center
1402 3rd Ave., Suite 1022
Seattle, WA 98101
(206) 487-7250
hawley@westernlaw.org

JAMES N. SAUL (OSB #1067236)
(Admitted *Pro hac vice*)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6929
jsaul@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*

*/s/ David Kaplan*
DAVID KAPLAN
GUS MAXWELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
 (202) 514-0997
david.kaplan@usdoj.gov
(202) 514-0135
gustavus.maxwell@usdoj.gov

*Attorneys for Defendants*

ROBERT W. FERGUSON
Attorney General

*/s/ Ronald L. Lavigne*
RONALD L. LAVIGNE, WSBA #18550
Senior Counsel
Office of the Attorney General
Ecology Division
P.O. Box 40117

JOINT STATUS REPORT AND STIPULATED SCHEDULING MOTION AND ORDER
Case No. 2:19-cv-01537-BJR

4

Western Environmental Law Center
1402 3rd Ave, Suite 1022
Seattle, WA 98101
206-487-7250

Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
503-768-6929

1  Olympia, WA 98504-0117
   360-586-6751
2  ronald.lavigne@atg.wa.gov

3  *Attorneys for Defendant-Intervenor*
   *State of Washington, Department of Ecology*
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STATUS REPORT AND
STIPULATED SCHEDULING MOTION
AND ORDER
Case No. 2:19-cv-01537-BJR

5

Western Environmental Law Center
1402 3rd Ave, Suite 1022
Seattle, WA 98101
206-487-7250

Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
503-768-6929

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Status Report and Stipulation was electronically filed with the Clerk of the Court on December 1, 2020, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

*s/ Andrew Hawley*
Andrew Hawley