The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*.<br><br>Defendants,<br><br>and,<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY,<br><br>Defendant-Intervenor. | Case No. 2:19-cv-01537-BJR<br><br>**COMBINED JOINT STATUS REPORT AND STIPULATED SCHEDULING MOTION AND ORDER** |

The Parties to this case have been exploring settlement for the past several months. Following the Parties' most recent status report, filed on December 1, 2020, the Court ordered the Parties to "file a status report no later than March 1, 2020, apprising the Court of the status of

their discussions concerning a possible settlement." Dkt. No. 43. The Parties' negotiations are ongoing. The Parties request an additional 150 days to continue those negotiations.

Over the past three months, the Parties have explored approaches for resolving a set of issues in this case related to the listing of impaired waters under Section 303(d) of the Clean Water Act, 33 U.S.C. § 1313(d). These talks have involved multiple conferences among counsel and the participation of staff from the Defendant federal and state agencies as well as the Plaintiff. Although the Parties intend to continue their discussions on those issues, they now intend to turn to a set of issues related to the development of Total Maximum Daily Loads, or TMDLs. As such, the Parties believe that affording them a 150-day period to address this block of issues in their efforts to reach a settlement, before establishing dates for or initiating any contested proceedings to resolve the claims in this case, would greatly facilitate those discussions, as well as potentially preserving the resources of the Parties and the Court.

Accordingly, the Parties jointly request that the Court order them to file a status report by July 29, 2021, to advise the Court of the status of their discussions and whether they request additional time to pursue settlement should that be appropriate. Alternatively, if the Parties conclude that additional discussions are not warranted at that time, then the Parties request that the Court direct them to file no later than August 17, 2021, a supplemental joint status report and proposed schedule that addresses the remaining matters in the Court's initial scheduling order. Doc. No. 10.

## ORDER

Based on the foregoing joint motion and stipulation, and for good cause shown, the Parties shall file a status report no later than July 29, 2021, apprising the Court of the status of their discussions concerning a possible settlement and indicating whether they request additional time to pursue such discussions. In the event the Parties conclude that such additional discussions are not warranted, the Parties shall file no later than August 17, 2021, a supplemental joint status report and proposed schedule that addresses outstanding matters in the Court's initial scheduling order.

1   It is so ordered, this 2nd day of March, 2021.

       _____
       Hon. Barbara J. Rothstein
       United States District Judge

Respectfully submitted and stipulated to:

By:

JEAN E. WILLIAMS
Acting Assistant Attorney General

*/s/ Gus Maxwell*
GUS MAXWELL
DAVID KAPLAN
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
 (202) 514-0997
david.kaplan@usdoj.gov
(202) 514-0135
gustavus.maxwell@usdoj.gov

*Attorneys for Defendants*


*/s/ Andrew Hawley*
ANDREW HAWLEY (WSBA # 53052)
Western Environmental Law Center
1402 3rd Ave., Suite 1022
Seattle, WA 98101
(206) 487-7250
hawley@westernlaw.org

JAMES N. SAUL (OSB #1067236)
(Admitted *Pro hac vice*)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6929
jsaul@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*


ROBERT W. FERGUSON
Attorney General

*Ronald L. Lavigne*
RONALD L. LAVIGNE, WSBA #18550
Senior Counsel
Office of the Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA 98504-0117
360-586-6751
ronald.lavigne@atg.wa.gov

*Attorneys for Defendant-Intervenor*
*State of Washington, Department of Ecology*