The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*.

    Defendants,

and,

STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY,

    Defendant-Intervenor.

Case No. 2:19-cv-01537-BJR

**COMBINED JOINT STATUS REPORT AND STIPULATED SCHEDULING MOTION AND ORDER**

    The Parties to this case have been exploring settlement for the past several months. Following the Parties' most recent status report, filed on July 26, 2021, the Court ordered the Parties to file an additional joint status report by January 5, 2022. Dkt. No. 47. The Parties'

negotiations are ongoing. The Parties request an additional 180 days to continue those negotiations.

Over the past several months, the Parties have continued their discussions on a set of issues related to the development of Total Maximum Daily Loads, or TMDLs, including the prioritization of future TMDL projects. The Parties have also given further consideration to the structure of a potential settlement. Talks in this phase have principally involved extensive direct discussions among client representatives. The Parties believe that affording them an approximately 180-day period to further discuss these and related issues, before establishing dates for initiating contested litigation proceedings, would greatly facilitate those settlement discussions, and potentially preserve the resources of the Parties and the Court.

Accordingly, the Parties jointly request that the Court order them to file a status report by July 8, 2022, to advise the Court of the status of their discussions and whether they request additional time to pursue settlement should that be appropriate. If the Parties conclude that additional discussions are not warranted at that time and so advise the Court, then the Parties request that the Court direct them to file, no later than July 29, 2022, a supplemental joint status report and proposed schedule that addresses the remaining matters in the Court's initial scheduling order. Dkt. No. 10.

## ORDER

Based on the foregoing joint motion and stipulation, and for good cause shown, the Parties shall file a status report no later than July 8, 2022, apprising the Court of the status of their discussions concerning a possible settlement and indicating whether they request additional time to pursue such discussions. In the event the Parties conclude that such additional discussions are not warranted and so advise the Court, the Parties shall then file, no later than July 29, 2022, a supplemental joint status report and proposed schedule that addresses the outstanding matters in the Court's initial scheduling order.

It is so ordered, this 27th day of January 2022.

_____
Hon. Barbara J. Rothstein
United States District Judge

Respectfully submitted and stipulated to:

By:

TODD KIM
Assistant Attorney General

*/s/ Gus Maxwell*
DAVID KAPLAN
GUS MAXWELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
(202) 514-0997
david.kaplan@usdoj.gov
(202) 514-0135
gustavus.maxwell@usdoj.gov

*Attorneys for Defendants*


*/s/ James N. Saul*
JAMES N. SAUL (OSB #1067236)
(Admitted *Pro hac vice*)
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6929
jsaul@lclark.edu

ANDREW HAWLEY (WSBA # 53052)
Western Environmental Law Center
1402 3rd Ave., Suite 1022
Seattle, WA 98101
(206) 487-7250
hawley@westernlaw.org

*Attorneys for Plaintiff Northwest Environmental Advocates*


ROBERT W. FERGUSON
Attorney General

1  /s/ Ronald L. Lavigne
   RONALD L. LAVIGNE, WSBA #18550
2  Senior Counsel
3  Office of the Attorney General
   Ecology Division
4  P.O. Box 40117
   Olympia, WA 98504-0117
5  360-586-6751
6  ronald.lavigne@atg.wa.gov

7  *Attorneys for Defendant-Intervenor
   State of Washington, Department of Ecology*

JOINT STATUS REPORT
Case No. 2:19-cv-01537-BJR

5

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court January 5, 2022, using the Court's electronic filing system, which will send notification of said filing to the attorneys of record that have, as required, registered with the Court's system.

*/s/ Gus Maxwell*
GUS MAXWELL