The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL
ADVOCATES,

                Plaintiff,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al*.

                Defendants,

  and,

STATE OF WASHINGTON,
DEPARTMENT OF ECOLOGY,

    Defendant-Intervenor.

Case No. 2:19-cv-01537-BJR

**COMBINED JOINT STATUS REPORT AND STIPULATED SCHEDULING MOTION AND ORDER**

    The Parties to this case have been exploring settlement for the past several months. Following the Parties' most recent status report, filed on January 5, 2022, the Court ordered the Parties to file an additional joint status report by July 8, 2022. Dkt. No. 50. The Parties' negotiations are ongoing.

1  Over the past several months, the Parties have continued to discuss settlement options
2  and exchange draft documents, and are now nearing agreement on a proposed settlement
3  framework. Any settlement proposal would then be subject to necessary review and approval
4  processes by the Parties. The Parties thus request an approximately 60-day period to further
5  pursue these efforts, which may preclude the need to establish a schedule for contested litigation
6  proceedings, and thus conserve the resources of the Parties and the Court.

7  Accordingly, the Parties jointly request that the Court order them to file a status report by
8  September 9, 2022, to advise the Court of the status of their discussions and whether they request
9  additional time to pursue settlement should that be appropriate. If the Parties conclude that
10 additional discussions are not warranted at that time and so advise the Court, then the Parties
11 request that the Court direct them to file, no later than September 30, 2022, a supplemental joint
12 status report and proposed schedule that addresses the remaining matters in the Court's initial
13 scheduling order, Dkt. No. 10.

## ORDER

Based on the foregoing joint motion and stipulation, and for good cause shown, the Parties shall file a status report no later than September 9, 2022, apprising the Court of the status of their discussions concerning a possible settlement and indicating whether they request additional time to pursue such discussions. In the event the Parties conclude that such additional discussions are not warranted and so advise the Court, the Parties shall then file, no later than September 30, 2022, a supplemental joint status report and proposed schedule that addresses the outstanding matters in the Court's initial scheduling order.

It is so ordered, this 8th day of July, 2022.

*Barbara J. Rothstein*
_____
Hon. Barbara J. Rothstein
United States District Judge

1 | Respectfully submitted and stipulated to:

3 | By:

4 | TODD KIM
Assistant Attorney General

6 | */s/ Gus Maxwell*
DAVID KAPLAN
7 | GUS MAXWELL
United States Department of Justice
8 | Environment & Natural Resources Division
Environmental Defense Section
9 | (202) 514-0997
david.kaplan@usdoj.gov
10 | (202) 514-0135
gustavus.maxwell@usdoj.gov

12 | *Attorneys for Defendants*

14 | */s/ James N. Saul*
JAMES N. SAUL (OSB #1067236)
15 | (Admitted *Pro hac vice*)
Earthrise Law Center
16 | Lewis & Clark Law School
10015 SW Terwilliger Blvd.
17 | Portland, OR 97219
(503) 768-6929
18 | jsaul@lclark.edu

20 | ANDREW HAWLEY (WSBA # 53052)
Western Environmental Law Center
21 | 1402 3rd Ave., Suite 1022
Seattle, WA 98101
22 | (206) 487-7250
hawley@westernlaw.org

24 | *Attorneys for Plaintiff Northwest Environmental Advocates*

26 | ROBERT W. FERGUSON
Attorney General

1  */s/ Ronald L. Lavigne*
2  RONALD L. LAVIGNE, WSBA #18550
   Senior Counsel
3  Office of the Attorney General
   Ecology Division
4  P.O. Box 40117
   Olympia, WA 98504-0117
5  360-586-6751
6  ronald.lavigne@atg.wa.gov

7  *Attorneys for Defendant-Intervenor*
   *State of Washington, Department of Ecology*
8