The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL
ADVOCATES,

                              Plaintiff,

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*

                              Defendants,

    and,

STATE OF WASHINGTON,
DEPARTMENT OF ECOLOGY,

        Defendant-Intervenor.

Case No. 2:19-cv-01537-BJR

**ORDER**

        The Court has reviewed the Parties' Joint Motion to Reactivate Case, Enter Interim
Consent Decree, and Hold Case in Abeyance, ECF No. 53. Having found that there is good cause
to grant the relief sought therein, the Court will enter the Interim Consent Decree in a separate
docket entry. Further, IT IS HEREBY ORDERED that:

1.   This case is reactivated for the Court to enter the Interim Consent Decree; and

2.   This case is held in abeyance pending the Parties' arrival at a final settlement or the Parties' filing of a motion to terminate the abeyance and to govern further proceedings to adjudicate the claims in the complaint.

IT IS SO ORDERED, this 21st day of December 2023.

Barbara Jacobs Rothstein
United States District Judge

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | TODD KIM<br>Assistant Attorney General |
| 4 | |
| | */s/ Gus Maxwell* |
| 5 | DAVID KAPLAN |
| | GUS MAXWELL |
| 6 | United States Department of Justice |
| | Environment & Natural Resources Division |
| 7 | Environmental Defense Section |
| | (202) 514-0997 |
| 8 | david.kaplan@usdoj.gov |
| | (202) 598-3307 |
| 9 | gustavus.maxwell@usdoj.gov |
| 10 | |
| | *Attorneys for Defendants* |
| 11 | |
| 12 | |
| | */s/ James N. Saul* |
| 13 | JAMES N. SAUL (OSB #1067236) |
| | (Admitted *Pro hac vice*) |
| 14 | Earthrise Law Center |
| | Lewis & Clark Law School |
| 15 | 10015 SW Terwilliger Blvd. |
| | Portland, OR 97219 |
| 16 | (503) 768-6929 |
| 17 | jsaul@lclark.edu |
| 18 | ANDREW HAWLEY (WSBA # 53052) |
| 19 | Western Environmental Law Center |
| | 1402 3rd Ave., Suite 1022 |
| 20 | Seattle, WA 98101 |
| | (206) 487-7250 |
| 21 | hawley@westernlaw.org |
| 22 | *Attorneys for Plaintiff Northwest* |
| 23 | *Environmental Advocates* |
| 24 | |
| | ROBERT W. FERGUSON |
| 25 | Attorney General |
| 26 | */s/ Ronald L. Lavigne* |
| | RONALD L. LAVIGNE, WSBA #18550 |

Senior Counsel
Office of the Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA 98504-0117
360-586-6751
ronald.lavigne@atg.wa.gov

*Attorneys for Defendant-Intervenor*
*State of Washington, Department of Ecology*